[No. 50154-2-I.   Division One.   February 2, 2004.]

AMADO DELOS REYES, *Appellant*, v. THE CITY OF RENTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-02265-2, Richard McDermott, J., entered February 8, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Schindler, JJ. Now published at 121 Wn. App. 498.

[No. 50448-7-I.   Division One.   February 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE WILLARD LARSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00274-3, Steven J. Mura, J., entered April 17, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 50733-8-I.   Division One.   February 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH SHANNON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07686-4, Palmer Robinson, J., entered June 21, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50854-7-I.   Division One.   February 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08165-5, Michael J. Fox, J., entered July 25, 2002. *Affirmed* by unpublished per curiam opinion.